USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
CARLA ROMITA, ALLISON A. HEANEY as TRUSTEES of the NEW YORK OIL HEATING INSURANCE FUND

    -against-

LEONARD BALDARI and MICHAEL DAVID HILLER,

                      Defendants.
------------------------------------------------------------- X

11-CV-9641 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties have a status conference scheduled for **Friday, September 18, 2020, at 10:00 A.M.**;

WHEREAS all parties and any interested members of the public must attend by dialing 1-888-363-4749, using the access code 3121171 and the security code 9641. All attendees are advised to mute their phones when not speaking and to self-identify each time they speak.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant Leonard Baldari and to note mailing on the docket.

**SO ORDERED.**

**Dated: September 11, 2020**
      **New York, NY**

                                                    _____
                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**