USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
CARLA ROMITA, ALLISON A. HEANEY as :
TRUSTEES of the NEW YORK OIL HEATING :     11-CV-9641 (VEC)
INSURANCE FUND :
                                                       :     ORDER
           -against- :
:
LEONARD BALDARI and MICHAEL DAVID :
HILLER, :
:
                                     Defendants. :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS the parties appeared at a status conference on September 18, 2020; and

        WHEREAS on May 28, 2014, Defense Counsel, Mr. Richards, filed a notice of appearance on behalf of Defendants Leonard Baldari and Michael Hiller, Dkt. 36;

        IT IS HEREBY ORDERED that Mr. Richards will continue to represent both his clients, unless and until a motion to withdraw is granted by this Court. Mr. Richards is encouraged to contact the U.S. Attorney's Office if he is having trouble reaching either of his clients.

        IT IS FURTHER ORDERED that any Motion for Summary Judgment is due on **Friday, November 6, 2020**, a response is due **Tuesday, December 1, 2020**, and a reply is due **Friday, December 18, 2020**.

        IT IS FURTHER ORDERED if the parties want a settlement conference with their assigned Magistrate Judge, they may submit a joint letter requesting a referral.

**SO ORDERED.**

**Dated: September 18, 2020**
        **New York, NY**

                                                              _____
                                                                  **VALERIE CAPRONI**
                                                                  **United States District Judge**