USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/12/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

CARLA ROMITA and ALLISON A. HEANEY
as TRUSTEES of the NEW YORK OIL HEATING
INSURANCE FUND,

                Plaintiffs,

ANCHOR TANK LINES, LLC, and TANK
ACQUISITION COMPANY, LLC, and
LEONARD BALDARI and MICHAEL
DAVID HILLER,

                Defendants.
------------------------------------------------------------------x

CIVIL ACTION NO.
11-CV-9641 (VEC) (DCF)

DEFAULT JUDGMENT

       This action having been commenced by the filing of an Amended Complaint and the issuance of an Amended Summons on March 4, 2013, and defendant, LEONARD BALDARI, having been served on March 18, 2013, and a Second Amended Complaint having been filed on April 11, 2013, and defendant, LEONARD BALDARI, having answered on May 28, 2014, and a Third Amended Complaint having been filed on September 3, 2014 and defendant, LEONARD BALDARI, having answered on October 1, 2014, but thereafter having failed to otherwise defend, and plaintiffs, CARLA ROMITA and ALLISON A. HEANEY as TRUSTEES of the NEW YORK OIL HEATING INSURANCE FUND having moved for summary judgment on November 5, 2020, and defendant, LEONARD BALDARI'S attorney, Adam Richards, having moved to withdraw as his attorney on February 5, 2021, and plaintiffs, CARLA ROMITA and ALLISON A. HEANEY as TRUSTEES of the NEW YORK OIL HEATING INSURANCE FUND, having cross moved for a default judgment against defendant, LEONARD BALDARI, for failing to cooperate with his attorney and for failing to participate in the defense of this action, the Court having ordered LEONARD BALDARI to inform the Court by February 26,

2021 if he intends to oppose the motion for summary judgment, and LEONARD BALDARI not having responded to the Court's orders, and the Court having ordered LEONARD BALDARI to show cause on March 12, 2021, at 9:30 A.M., why an order of default judgment should not be entered against him, and LEONARD BALDARI not having appeared for the telephonic show cause hearing, it is;

ORDERED, ADJUDGED AND DECREED that plaintiffs CARLA ROMITA and ALLISON A. HEANEY as TRUSTEES of the NEW YORK OIL HEATING INSURANCE FUND, have judgment against the defendant, LEONARD BALDARI, whose last known address is 194 Silver Springs Road, Wilton, CT 06897, for the relief demanded in the Third Amended Complaint to Wit: that defendant is indebted to plaintiffs in the principal amount of $503,953.89, plus interest.

ORDERED AND ADJUDGED that the judgment rendered by the Court on this day in favor of the plaintiffs be entered as a final judgment against defendant, Leonard Baldari, and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York

_____
Valerie Caproni
United States District Judge

March 12, 2021
Date